In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00322-CV

_____

IN RE ENVIRONMENTAL PROCESSING SYSTEMS, L.C. AND CLARK
STEGALL

Original Proceeding
75th District Court of Liberty County, Texas
Trial Cause No. CV 1206158

MEMORANDUM OPINION

In the mandamus proceeding, Environmental Processing Systems, L.C. and

Clark Stegall seek to compel the trial court to protect parts of their tax returns from

post-judgment discovery. After reviewing the petition and considering the

arguments and authorities presented in the petition and the materials submitted in

the appendix, we conclude that the relators have not shown that the trial court

abused its discretion. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135

(Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex.

1992) (orig. proceeding). We deny the petition seeking mandamus relief. *See* Tex.

R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on September 21, 2016
Opinion Delivered September 22, 2016

Before McKeithen, C.J., Horton and Johnson, JJ.